**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| RUBEN ADOLFO CERON, AKA Ruben Ceron-Casco, *Petitioner*, | No. 08-70836 |
| v. | Agency No. A073-969-493 |
| ERIC H. HOLDER JR., Attorney General, *Respondent*. | ORDER |

Filed September 19, 2013

## ORDER

KOZINSKI, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35-3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.